**HOLLAND & KNIGHT LLP**
Robert J. Labate (SBN 313847)
Email: robert.labate@hklaw.com
Sarah A. Marsey (SBN 297911)
Email: sarah.marsey@hklaw.com
560 Mission Street, Suite 1900
San Francisco, CA 94105
Phone: (415) 743-6900
Fax: (415) 743-6910

Andrew M. Cummings (SBN 305081)
Email: andrew.cummings@hklaw.com
4675 MacArthur Court, Suite 900
Newport Beach, California 92660
Telephone: 949-833-8550
Facsimile: 949-833-8540

*Attorneys for Plaintiffs David Balducci and Jason Chadorchi*

**BUCHALTER LLP**
Anthony Napolitano (SBN 227691)
Email: anapolitano@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

*Attorneys for Chapter 7 Debtor and Defendant Randall David Miller*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>Randall David Miller<br><br>Debtor. | Lead Case No.: 4:26bk40698<br><br>Chapter 7<br><br>Adv. No.: 4:26ap04039 |
| David Balducci and Jason Chadorchi,<br><br>Plaintiffs,<br><br>vs.<br><br>Randall David Miller,<br><br>Defendant. | **JOINT DISCOVERY PLAN** |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, California 94105
Telephone: 415.743.6900
Facsimile: 415.743.6910

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, California 94105
Telephone: 415.743.6900
Facsimile: 415.743.6910

**TO THE HONORABLE WILLIAM J. LAFFERTY III, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

On September 8, 2026, counsel for Plaintiffs, David Balducci and Jason Chadorchi ("**Plaintiffs**"), and counsel for Defendant Randall David Miller ("**Defendant**" or "**Debtor**"), held a conference in accordance with Federal Rule of Civil Procedure 26, applicable through Federal Rule of Bankruptcy Procedure 7026 (the "**Discovery Conference**"), and the Court's July 14, 2026 Order Re Initial Disclosures and Discovery Conference [Dkt. No. 3] ("**Discovery Order**") to discuss the matters required by Federal Rule of Civil Procedure 26, the Local Rules of Court and the orders of this Court. The parties now submit this Joint Discovery Plan.

**I. RULE 26(F) DISCOVERY ISSUES**

**A. Rule 26(f)(3)(A) Disclosures**

Pursuant to the Discovery Order, the service of initial disclosures shall occur on or before September 23, 2026, as agreed in the Discovery Conference. The parties do not anticipate any changes to the timing, form or requirement for such disclosures.

**B. Rule 26(f)(3)(B) Anticipated Scope of Discovery**

In accordance with Rule 26(f)(3), the parties agree that discovery will be directed to the allegations, claims, denials and defenses contained within Plaintiffs' Complaint, any and all claims remaining after Defendant's anticipated Motion to Dismiss is adjudicated, and any and all defenses asserted in Defendant's answer, as applicable. The parties will revisit the nature and scope of discovery once the claims are resolved through the Motion to Dismiss. The parties will defer determining the phasing and scope of discovery until the Motion to Dismiss is resolved.

The parties anticipate conducting the depositions of Plaintiffs' representatives and Defendant along with various third parties, including expert and lay witnesses (if applicable), and anticipate serving written discovery, requests for production, and requests for admission as authorized by, and in accordance with, the Federal Rules of Civil procedures.

**C. Rule 26(f)(3)(C) Electronically Stored Information**

In accordance with Rule 26(f)(3)(C), the parties have discussed electronically stored information. The parties have exchanged litigation hold letters. As guiding principles, the parties

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, California 94105
Telephone: 415.743.6900
Facsimile: 415.743.6910

agree to meet and confer in good faith concerning issues that arise with respect to the disclosure or discovery of electronically stored information and to use their best efforts to produce electronically stored information in the format preferred by the requesting party, including reasonable requests for production of such information with metadata intact.

**D. Rule 26(f)(3)(D) Privilege Issues**

In accordance with Rule 26(f)(3)(D), the parties have discussed privilege and protection issues as follows: The parties agree that each side will produce a privilege log within thirty (30) days following the completion of its document production. Document production will be conducted on a rolling basis, and the privilege log will be updated within thirty (30) days of any supplemental production. The parties agree to produce privilege logs as required by, and in accordance with, the Federal Rules of Civil Procedure.

**E. Rule 26(f)(3)(E) Changes to Discovery Limitations**

The parties do not anticipate any changes to the rules on discovery limitations and adopt the default limitations on discovery imposed by the Federal Rules of Civil Procedure, local rules, and applicable case law. The parties do, however, reserve the right to seek leave of Court to exceed these discovery limitations if necessary.

**F. Rule 26(f)(3)(F) Other Discovery and Scheduling Orders**

In accordance with Rule 26(f)(3)(F), the parties have discussed the need for other discovery or discovery scheduling orders and anticipate seeking a protective order with a two-tier confidentiality designation approach. The parties will discuss the details of the protective order and submit any protective order to the Court at a later date.

**II. ADDITIONAL DISCOVERY ISSUES**

The parties agree that it is premature to set specific discovery cutoff deadlines at this time. The parties will propose a scheduling order with specific deadlines at a later date once the Motion to Dismiss is adjudicated.

The parties request that a Pretrial Conference be set for a date following completion of fact and expert witness discovery as appropriate.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, California 94105
Telephone: 415.743.6900
Facsimile: 415.743.6910

**III. OTHER ORDERS**

The parties discussed whether consolidation of any of the adversary proceedings (Align Modular, LLC, 26–04038, Balducci & Chadorchi, 26–04039, 335 3rd Street LLC, 26-04040, and R2 Building, LLC, 26–04041, collectively, the "**Adversary Proceedings**") under Rule 42 of the Federal Rules of Civil Procedure, applicable through Rule 7042 of the Federal Rules of Bankruptcy Procedure, is appropriate. Parties agree to continue discussing in good faith whether a motion to consolidate the Adversary Proceedings is appropriate.

**IV. ADR AND MEDIATION**

The parties have previously discussed Alternative Dispute Resolution, including before Judge Lafferty at a previous status hearing. The parties will continue discussions in good faith regarding the potential of Alternative Dispute Resolution and participation in the Bankruptcy Dispute Resolution Program ("**BDRP**").

Dated: September 22, 2026 **HOLLAND & KNIGHT LLP**

By: ____________________

Robert J. Labate
Andrew M. Cummings
Sarah A. Marsey

*Attorneys for Plaintiffs David Balducci and Jason Chadorchi*

Dated: September 22, 2026 **BUCHALTER LLP**

By: ____________________

Anthony Napolitano

*Attorneys for Chapter 7 Debtor and Defendant Randall David Miller*